**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 8 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARCELINO MEDINA-MUNGIA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

No. 21-401

Agency No.
A205-991-844

MEMORANDUM*

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 18, 2023 **

Before:     SCHROEDER, RAWLINSON, and BADE, Circuit Judges.

Marcelino Medina-Mungia, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to remand removal proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to remand.  *Movsisian*

---

\*     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*v. Ashcroft*, 395 F.3d 1095, 1098 (9th Cir. 2005).  We deny the petition for review.

The BIA did not abuse its discretion in denying the motion to remand where Medina-Mungia failed to establish prima facie eligibility for relief.  *See Rodriguez v. INS*, 841 F.2d 865, 867 (9th Cir. 1987) ("The formal requirements of the motion to reopen and those of the motion to remand are for all practical purposes the same."); *Ramirez-Munoz v. Lynch*, 816 F.3d 1226, 1228 (9th Cir. 2016) (BIA may deny a motion to reopen for failure to establish prima facie eligibility for the underlying relief sought).

The temporary stay of removal remains in place until the mandate issues.

**PETITION FOR REVIEW DENIED.**